# UNITED STATES DISTRICT COURT

for the

middle District of PA

Scranton Division

Joel Aaron Silberman

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

VAMC Et All See Attached

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ____________

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [X] Yes [ ] No

FILED
SCRANTON

JUN 01 2020

PER ____ DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jodi Aaron Silberman on Behalf of Veterans
Address: 1700 S Lincoln Ave
Lebanon, PA 17042
City, State, Zip Code
County: Lebanon county
Telephone Number: 610-641-8680
E-Mail Address: NA

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Rick Santarino
Job or Title *(if known)*: warden (rep) social worker
Address: 1700 S Lincoln Ave
Lebanon, PA 17042
City, State, Zip Code
County: Lebanon County
Telephone Number: 717 272 6621
E-Mail Address *(if known)*: NA

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name: Dr. Yoo
Job or Title *(if known)*: Phychiatrist
Address: 1700 South Lincoln Ave
Lebanon, PA 17042
City, State, Zip Code
County: Lebanon county
Telephone Number: 717 272 6621
E-Mail Address *(if known)*: NA

☐ Individual capacity ☒ Official capacity

Defendant No. 3

Name: Harris ergood
Job or Title *(if known)*: Attorney At law
Address: 1200 S. Lincoln Ave
Lebanon, PA 17042
City, State, Zip Code

County:
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

Defendant No. 4

Name: I need Fresh Air Sunlight And
Job or Title *(if known)*: More Food I Am Going Blind and out
Address: Here

City, State, Zip Code

County:
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

VAMC Code of Conduct
Hireing Practices Protected by American with Disabilities Act

Defendants cont,

Dr. Smith
1700 S. Lincoln Ave
Lebanon PA 17042
Lebanon County
717 272 6621
official capacity

Roxanne Costa or facial name used As nursing Director
1700 S. Lincoln Avenue
Lebanon PA 17042
Lebanon County
717 272 6621
official capacity

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

please see Attached For Bevins claim

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

See Attached

B. What date and approximate time did the events giving rise to your claim(s) occur?

See Attached

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached

In the court of Pennsylvania
Federal court Scranton PA

Joel Aaron Silberman — Civil Action Law

vs.

VAMC Et All Veterans Administration
And All employees listed

Order to And Proceed with In Forma Pauperis

And now this Day of March 31st 2020 the Petitioners motion to Proceed In Forma Pauperis is Granted as to the Filing Fees and cousts

~~[illegible]~~ Plaintiff is indigent in state Hospital And is unable to pay For court coast to Appear in court And File lawsuit I Herebuy state I Am indegent And Am otherwise unable to sue on My Behalf

By the court

Sincerley [signature]



(B) On or about January 8 I was committed without Adequate counci And Am Detained untill they refuse to Allow me Housing opportunities outside the VAMC.

(C) Sexual Harassment And quid pro quo will be wittnessed by my confidential informant Please your Honor Also was quid pro quo "without meds you Dont work And will suffer" Direct quoty Dr Smith. Staff Are beliving since 1994 Miller v.s. Silbermann that "Plaintiff is An child Pornographer And belongs castrated on megans law"

Defendant will call wittnesses who Mr. Silbermann is putting throught college As his right to spend his GI Bill And welfare Benifit

I Ask the court to send An paid private investigator to verify "preferencial treatment" to Bad conduct Discharge who I know since 1994 Act

(IV) I've recived Forced Prolixin Ativan Haldol And other Drugs For mental condition which only manifests in An instution "AKA skitzophrinia". It is Against my curious to take Place From me to use to medicate me As well As other Forms of castration.

(V) I want maximum Jurry Awards over one Dollar As this is not the First time ive sued the VA or the "Actors and Agressors"

D. Bevins claim et all

I petitioner call toorder court to Accuse Above And All witnesses except those helping me File paperwork of Gross neglegance As to their closed Hiring practices which I want stopped immediatly. Also note their Blaind Sexual Harassment of plaintiff and others with my wissle Blower who I intend to call on my Behalf. witness will testify will video of the Hireing practices And Blantent sexual Harassment of plaintiff And Asks For Formal petition For Any one else Felling that the VA will not give them Federal work therapy. And plaintiff and others feel rejected And where Able to Apply on vet Jobs And obtain throught other meens. this is an Discriminory practice And needs to stop

III Statment of claim

Events rose in Lebanon VAMC Domisilary And led to the Commitment of plaintiff Alledging "I need An Job Rick How long Have I known You For": "All I want is Healing therapy And For the Harassment to stop Immediatly; Hense Hostile Work environment And quidpro quo As is order to take Meds. threats where Made by Staff As to my Alleged mental Status child porn and raping An 9 year old girl. Please note I slept with several of these women in the Dom in 1997 And Have sued priviously "See" "Silbermann vs. Miller" U.S. New York State court.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Attached

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attached

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-31-2020

Signature of Plaintiff [signature]

Printed Name of Plaintiff Joel Aaron Silberman

### B. For Attorneys

Date of signing: ______

Signature of Attorney Please Hire me counsil your Honor

Printed Name of Attorney I am pro se and indigent

Bar Number pay will be negociated upon approval

Name of Law Firm of my lawsuit with 40 loss ratio

Address within one year

City ______ State ______ Zip Code ______

Telephone Number ______

E-mail Address ______

# CONCERN/COMPLAINT FORM

If you have a concern about the care we provide, these are the steps you can take to help resolve the issue.

***STEP 1*** Write the problem below and present it to a member of the treatment team. The treatment team will address the concern with you and provide a response.

Problem:

Staff will not let me call my [illegible] [illegible]. BF And [illegible] that I am [illegible] [illegible] [illegible] to my [illegible] [illegible] [illegible] they are [illegible] [illegible] here. [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] 5-19-20

Your Signature / Date

Response:

Signature of Treatment Team Member / Date

***STEP 2*** If you are satisfied with this response, please sign and date below and give this form to a treatment team member.

Your Signature / Date

***STEP 3*** If you are not satisfied with this response, you can be referred to the Patient Advocate. Ask a member of your treatment team to call extension 5918 for an appointment. At the time of your appointment, take this form with you. Joel Umberger, the Patient Advocate, is located in Building 1, Room 144.

Thank you for taking the time to let us know how you feel. We want to use this information to improve our services to you.

# CONCERN/COMPLAINT FORM

If you have a concern about the care we provide, these are the steps you can take to help resolve the issue.

***STEP 1*** Write the problem below and present it to a member of the treatment team. The treatment team will address the concern with you and provide a response.

Problem:

Staff refuse to Allow my freedom of speech. Alleg[illegible] through [illegible] that my speech is [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] Signature / Date: [illegible]

Your Signature / Date

Response:

______________________________

Signature of Treatment Team Member / Date

***STEP 2*** If you are satisfied with this response, please sign and date below and give this form to a treatment team member.

______________________________

Your Signature / Date

***STEP 3*** If you are not satisfied with this response, you can be referred to the Patient Advocate. Ask a member of your treatment team to call extension 5918 for an appointment. At the time of your appointment, take this form with you. Joel Umberger, the Patient Advocate, is located in Building 1, Room 144.

Thank you for taking the time to let us know how you feel. We want to use this information to improve our services to you.

# CONCERN/COMPLAINT FORM

If you have a concern about the care we provide, these are the steps you can take to help resolve the issue.

***STEP 1*** Write the problem below and present it to a member of the treatment team. The treatment team will address the concern with you and provide a response.

Problem:

why Are they Giving [illegible] to [illegible] inspection OF Mr [illegible] the [illegible] [illegible]

[illegible]

Your Signature / Date

Response:

Signature of Treatment Team Member / Date

***STEP 2*** If you are satisfied with this response, please sign and date below and give this form to a treatment team member.

Your Signature / Date

***STEP 3*** If you are not satisfied with this response, you can be referred to the Patient Advocate. Ask a member of your treatment team to call extension 5918 for an appointment. At the time of your appointment, take this form with you. Joel Umberger, the Patient Advocate, is located in Building 1, Room 144.

Thank you for taking the time to let us know how you feel. We want to use this information to improve our services to you.


Joel Silbermann
1700 S. Lincoln Ave
Lebanon PA 17042
Apt 13B
U.S. POSTAGE PITNEY BOWES
ZIP 17042 $ 000.80
02 1W
0001386185 MAY. 28 2020
USMS X-RAY
RECEIVED
SCRANTON
JUN 01 2020
PER
DEPUTY CLERK
United States middle District courthouse Federal Building
William J. Nelson Federal Bldg. @ U.S. Courthouse
235 North Washington Ave
P.O. Box 1148
Scranton PA 18501-1148
18501$1148 B099